**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**
HELEN I. ZELDES (220051)
*hzeldes@sshhlaw.com*
BEN TRAVIS (SBN 305641)
*btravis@sshhlaw.com*
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4990

**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**
PAUL L. HOFFMAN (71244)
*Hoffpaul@aol.com*
JOHN C. WASHINGTON (315991)
*jwashington@sshhlaw.com*
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 396-0731
Facsimile: (310) 399-7040

Attorneys for Plaintiff Jeffrey Garvin and the Putative Class

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GARVIN, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PAYLESS CAR RENTAL, INC., a Nevada Corporation; DOLLAR RENT A CAR, INC., an Oklahoma Corporation; FOX RENT A CAR, INC., a California Corporation; ADVANTAGE OPCO, LLC d/b/a ADVANTAGE RENT A CAR, a Delaware Corporation, and; Does 1-100<br><br>Defendants. | Civil Case No.: 20-CV-0172 AJB WVG<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE [FED. R. CIV. P. 41(a)(1)(A)(i)]** |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff JEFFREY GARVIN, hereby dismisses this action without prejudice.

Dated: June 4, 2020                    Respectfully submitted,

**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**

By: /s/ *Helen I. Zeldes*
Helen I. Zeldes, Esq. (220051)
*hzeldes@sshhlaw.com*
Ben Travis (305641)
*btravis@sshhlaw.com*
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4990
Facsimile:  (760) 349-1999